UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No: 6:12-bk-6520-ABB

In re:
PETER FARAHANI CHEGINI
NAHID MOGHADDAM CHEGINI,
Debtor.

_____/

## VERIFIED MOTION TO VALUE CLAIM OF BANK OF AMERICA, N.A.
(372 Fairgreen Place)

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 30 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 135 W. Central Blvd., Ste. 950, Orlando, FL 32801 and serve a copy of on the undersigned at the address set forth below. If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Come now the Debtors by and through Counsel undersigned and file this Verified

Motion to Value Claim Bank of America, NA ("Creditor"), and in support thereof would

state as follows:

1. Creditor's secured claim liens the following owned by Debtors:

### LEG LOT 3 DEER RUN UNIT 10 PB 28 PGS 52 & 53
### Location: 372 Fairgreen Place, Casselberry, Florida 32707

2. Debtors believe the fair market value for collateral to be $110,000.00.

3. Debtors seek to pay the secured value of said claim at 5% interest per Bankruptcy

Code Section 506(a).

WHEREFORE, Debtors request this Honorable Court for its Order valuing the

above creditor's claim in the amount of $110,000.00 at 5% interest with the rest and

remainder being treated as unsecured, and such other relief that may be just and proper in

the circumstances.

**VERIFICATION**

I have read the foregoing and under penalty of perjury it is true and correct to the best of my information, knowledge and belief this 15th day of June, 2012.

_____          _____
PETER FARAHANI CHEGINI                    NAHID MOGHADDAM CHEGINI

A true and correct copy of the foregoing has been sent by U.S. Mail this 15th day of June, 2012, to: Laurie K. Weatherford, Trustee, P. O. Box 3450, Winter Park, Florida 32790; Debtor; and to Bank of America, NA, c/o Tennille M. Shipwash, Esquire, Greenspoon|Marder, PA, Trade Centre South, Suite 700,100 West Cypress Creek Road, Fort Lauderdale, FL 33309; Bank of America, NA, c/o Taji S. Foreman, Esq., Elizabeth R. Wellborn, P.A., 350 Jim Moran Blvd. Suite 100, Deerfield Beach, Florida 33442.

/s/ Robert B. Branson
Law Office of Robert B. Branson, P.A.
Robert B. Branson, Esquire
Florida Bar Number: 800988
John F. Raffaelli, Esquire
Florida Bar Number: 808008
1501 East Concord Street
Orlando, FL 32803
(407) 894-6834
Attorney for Debtor