UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No: 6:12-bk-06520-ABB

In re:
PETER FARAHANI CHEGINI
NAHID MOGHADDAM CHEGINI,
            Debtors.
_____/

## Fifth Amended Chapter 13 Plan

COMES NOW, the Debtor(s) and files this Chapter 13 Plan.  The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1-7  (June, 2012-December, 2013) | $2,584.50 |
| 8  (January, 2013) | $2,868.00 |
| 9 (February, 2013) | $3,400.00 |
| 10-11 (March, 2013-April, 2013) | $4,000.00 |
| 12-35 (May, 2013-April, 2015) | $3,880.00 |
| 36 (May, 2015) | $160,000.00 |

The Debtor(s) shall pay by **money order**, **cashier's check** or **wage deduction**,  to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Robert B. Branson | 7200*  103/203/253/983/300/1505/306/208/50 | | |
| | | | 1-2/3/4-6/7/9-10/11/12-17/18/19-36 |

*includes monitor fee and mediation fee

| Mediator | *350 | 150/50 | 1-2/3 |

*for 3150 Natoma (rental property/homestead settled without necessity of attending mediation)

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee.

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bank of America (3144 Natoma) | 198,455 | 996.00*/1249.11 | 1-6/8-36 |
| Bank of America (3144 Natoma 2nd mort.) | | $9506 lien to be stripped, claim treated unsecured | |
| Bank of America (372 Fairgreen) | 259,585 | to be valued | |
| Fifth Third (Mini Cooper) | 11,943 | to be paid direct by auto deduct | |
| BOA (3150 Natoma) | 168,000 | 590/1200*/1086.47 | 1-9/10/12-36 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| To be capitalized in mortgage modification for first mortgage | | | |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Property to Be Surrendered:**

| Creditor Name: | Collateral: |
|---|---|
| Fifth Third Bank | BMW-relief granted |

**Valuation of Security:**

| Name of Creditor | Collateral Value | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| BOA (372 Fairgreen) | 130,500 @ 5% | 590/856.24/1005.44*/142,269.03 *700.55 P&I + 304.89 T&I | 1-6/7-9/10-35/36 |

**Executory Contracts:**

**The following Executory Contracts are assumed**

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|

**The following Executory Contracts are rejected:**

| Name of Creditor: | Description of Collateral: |
|---|---|

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made.  Approximate percentage**: _____%**

A true and correct copy of this Fifth Amended Chapter 13 Plan of Debtor(s) was furnished by electronic transmission and/or by United States mail, postage prepaid on the 13th

day of May, 2013, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached.

/s/ Robert B. Branson
Robert B. Branson, Esquire
Florida Bar no. 800988
John Raffaelli, Esquire
Florida Bar no. 808008
Jeffrey S. Ainsworth, Esquire
Florida Bar no. 060769
**Law Office of Robert B. Branson, PA**
1501 E. Concord Street
Orlando, Florida 32803
(407) 894-6834
Attorney for Debtors

| | DUE DATE | | | approved | | | | | | 2nd mort. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chegini | 6/28/2012 | | | 6.0% | | | | | 3144 Natoma | | 3144 Natoma | | 372 Fairgreen |
| 12-bk-6520 | Unsecured | | | Debtor Pmt | Tee Fee | | ATTY | | BOA | | BOA | | BOA |
| | 36 | | | 36 | | | | | | | | | |
| 6/28/2012 | 1 | $0.43 | | $2,584.50 | $155.07 | | $103.00 | | 996.00 | 1 at | stripped | | 590.00 |
| 7/28/2012 | 2 | $0.43 | | $2,584.50 | $155.07 | 2 at | $103.00 | | 996.00 | | | | 590.00 |
| 8/28/2012 | 3 | $0.43 | | $2,584.50 | $155.07 | 1 at | $203.00 | | 996.00 | | | | 590.00 |
| 9/28/2012 | 4 | $0.43 | | $2,584.50 | $155.07 | | $253.00 | | 996.00 | | | | 590.00 |
| 10/28/2012 | 5 | $0.43 | | $2,584.50 | $155.07 | | $253.00 | | 996.00 | | | | 590.00 |
| 11/28/2012 | 6 | $0.43 | | $2,584.50 | $155.07 | 3 at | $253.00 | 6 at | 996.00 | | | 6 at | 590.00 |
| 12/28/2012 | 7 | $0.19 | 7 at | $2,584.50 | $155.07 | 1 at | $983.00 | 1 at | | | | | 856.24 |
| 1/28/2013 | 8 | $0.57 | 1 at | $2,868.00 | $172.08 | 1 at | | | 1,249.11 | | | 2 at | 856.24 |
| 2/28/2013 | 9 | $51.45 | 1 at | $3,400.00 | $204.00 | | $300.00 | | 1,249.11 | | | | 1,005.44 |
| 3/28/2013 | 10 | $5.45 | 1 at | $4,000.00 | $240.00 | 2 at | $300.00 | | 1,249.11 | | | | 1,005.44 |
| 4/28/2013 | 11 | $0.51 | 1 at | $3,999.00 | $239.94 | 1 at | $1,504.00 | | 1,249.11 | | | | 1,005.44 |
| 5/28/2013 | 12 | $0.18 | | $3,880.00 | $232.80 | | $306.00 | | 1,249.11 | | | | 1,005.44 |
| 6/28/2013 | 13 | $0.18 | | $3,880.00 | $232.80 | | $306.00 | | 1,249.11 | | | | 1,005.44 |
| 7/28/2013 | 14 | $0.18 | | $3,880.00 | $232.80 | | $306.00 | | 1,249.11 | | | | 1,005.44 |
| 8/28/2013 | 15 | $0.18 | | $3,880.00 | $232.80 | | $306.00 | | 1,249.11 | | | | 1,005.44 |
| 9/28/2013 | 16 | $0.18 | | $3,880.00 | $232.80 | | $306.00 | | 1,249.11 | | | | 1,005.44 |
| 10/28/2013 | 17 | $0.18 | | $3,880.00 | $232.80 | 6 at | $306.00 | | 1,249.11 | | | | 1,005.44 |
| 11/28/2013 | 18 | $98.18 | | $3,880.00 | $232.80 | 1 at | $208.00 | | 1,249.11 | | | | 1,005.44 |
| 12/28/2013 | 19 | $256.18 | | $3,880.00 | $232.80 | | $50.00 | | 1,249.11 | | | | 1,005.44 |
| 1/28/2014 | 20 | $256.18 | | $3,880.00 | $232.80 | | $50.00 | | 1,249.11 | | | | 1,005.44 |
| 2/28/2014 | 21 | $256.18 | | $3,880.00 | $232.80 | | $50.00 | | 1,249.11 | | | | 1,005.44 |
| 3/28/2014 | 22 | $256.18 | | $3,880.00 | $232.80 | | $50.00 | | 1,249.11 | | | | 1,005.44 |
| 4/28/2014 | 23 | $256.18 | | $3,880.00 | $232.80 | | $50.00 | | 1,249.11 | | | | 1,005.44 |
| 5/28/2014 | 24 | $256.18 | | $3,880.00 | $232.80 | | $50.00 | | 1,249.11 | | | | 1,005.44 |
| 6/28/2014 | 25 | $256.18 | | $3,880.00 | $232.80 | | $50.00 | | 1,249.11 | | | | 1,005.44 |
| 7/28/2014 | 26 | $256.18 | | $3,880.00 | $232.80 | | $50.00 | | 1,249.11 | | | | 1,005.44 |
| 8/28/2014 | 27 | $256.18 | | $3,880.00 | $232.80 | | $50.00 | | 1,249.11 | | | | 1,005.44 |
| 9/28/2014 | 28 | $256.18 | | $3,880.00 | $232.80 | | $50.00 | | 1,249.11 | | | | 1,005.44 |
| 10/28/2014 | 29 | $256.18 | | $3,880.00 | $232.80 | | $50.00 | | 1,249.11 | | | | 1,005.44 |
| 11/28/2014 | 30 | $256.18 | | $3,880.00 | $232.80 | | $50.00 | | 1,249.11 | | | | 1,005.44 |
| 12/28/2014 | 31 | $256.18 | | $3,880.00 | $232.80 | | $50.00 | | 1,249.11 | | | | 1,005.44 |
| 1/28/2015 | 32 | $256.18 | | $3,880.00 | $232.80 | | $50.00 | | 1,249.11 | | | | 1,005.44 |
| 2/28/2015 | 33 | $256.18 | | $3,880.00 | $232.80 | | $50.00 | | 1,249.11 | | | | 1,005.44 |
| 3/28/2015 | 34 | $256.18 | | $3,880.00 | $232.80 | | $50.00 | | 1,249.11 | | | | 1,005.44 |
| 4/28/2015 | 35 | $256.18 | 24 at | $3,880.00 | $232.80 | | $50.00 | | 1,249.11 | | | 27 at | 1,005.44 |
| 5/28/2015 | 36 | $5,745.39 | 1 at | $160,000.00 | $9,600.00 | 18 at | $50.00 | 29 at | 1,249.11 | | | 1 at | 142,269.03 |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $0.00 | | | | | | | | | | | |
| | | $10,260.46 | | $285,478.50 | $17,128.71 | | $7,199.00 | | $42,200.19 | | | | $174,668.39 |
| | | | | | | | ATTY | | | | | | |
| | | #DIV/0! | | | | | $7,200.00 | | | | | | |

| | | | 3150 Natoma | | BMW | | Mini | | Mediator |
|---|---|---|---|---|---|---|---|---|---|
| **Chegini** | | | | | BMW | | Mini | | |
| 12-bk-6520 | | | BOA | | FifthThird | | FifthThird | | Mediator |
| | 36 | | | | | | | | |
| 6/28/2012 | 1 | | 590.00 | 1 | at surrender | 1 | at pd direct | | $150.00 |
| 7/28/2012 | 2 | | 590.00 | | | | | 2 at | $150.00 |
| 8/28/2012 | 3 | | 590.00 | | | | | 1 at | $50.00 |
| 9/28/2012 | 4 | | 590.00 | | | | | | |
| 10/28/2012 | 5 | | 590.00 | | | | | | |
| 11/28/2012 | 6 | | 590.00 | | | | | | |
| 12/28/2012 | 7 | | 590.00 | | | | | | |
| 1/28/2013 | 8 | | 590.00 | | | | | | |
| 2/28/2013 | 9 | 9 at | 590.00 | | | | | | |
| 3/28/2013 | 10 | 1 at | 1,200.00 | May is June's | | | | | |
| 4/28/2013 | 11 | 1 at | | trial payment | | | | | |
| 5/28/2013 | 12 | | 1,086.47 | | | | | | |
| 6/28/2013 | 13 | | 1,086.47 | | | | | | |
| 7/28/2013 | 14 | | 1,086.47 | | | | | | |
| 8/28/2013 | 15 | | 1,086.47 | | | | | | |
| 9/28/2013 | 16 | | 1,086.47 | | | | | | |
| 10/28/2013 | 17 | | 1,086.47 | | | | | | |
| 11/28/2013 | 18 | | 1,086.47 | | | | | | |
| 12/28/2013 | 19 | | 1,086.47 | | | | | | |
| 1/28/2014 | 20 | | 1,086.47 | | | | | | |
| 2/28/2014 | 21 | | 1,086.47 | | | | | | |
| 3/28/2014 | 22 | | 1,086.47 | | | | | | |
| 4/28/2014 | 23 | | 1,086.47 | | | | | | |
| 5/28/2014 | 24 | | 1,086.47 | | | | | | |
| 6/28/2014 | 25 | | 1,086.47 | | | | | | |
| 7/28/2014 | 26 | | 1,086.47 | | | | | | |
| 8/28/2014 | 27 | | 1,086.47 | | | | | | |
| 9/28/2014 | 28 | | 1,086.47 | | | | | | |
| 10/28/2014 | 29 | | 1,086.47 | | | | | | |
| 11/28/2014 | 30 | | 1,086.47 | | | | | | |
| 12/28/2014 | 31 | | 1,086.47 | | | | | | |
| 1/28/2015 | 32 | | 1,086.47 | | | | | | |
| 2/28/2015 | 33 | | 1,086.47 | | | | | | |
| 3/28/2015 | 34 | | 1,086.47 | | | | | | |
| 4/28/2015 | 35 | | 1,086.47 | | | | | | |
| 5/28/2015 | 36 | 25 at | 1,086.47 | | | | | | |
| | | | $33,671.75 | | | | | | $350.00 |

Label Matrix for local noticing
113A-6
Case 6:12-bk-06520-ABB
Middle District of Florida
Orlando
Mon May 13 14:36:21 EDT 2013

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER T
Butler and Hosch, PA
3185 S. Conway Road, Ste E
Orlando, FL 32812-7349

Bank of America, N.A.
Elizabeth R. Wellborn, P.A.
c/o Taji S. Foreman, Esq.
350 Jim Moran Blvd., Suite 100
Deerfield Beach, FL 33442-1721

Bank of America, N.A.,
P.O. Box 26012, NC4-105-02-99
Bankruptcy Department
Greensboro, NC 27420-6012

Nahid Moghaddam Chegini
3144 Natoma Way
Orlando, FL 32825-7183

Peter Farahani Chegini
3144 Natoma Way
Orlando, FL 32825-7183

FIA Card Services NA as successor in interes
POB 3001
Malvern, PA 19355-0701

Federal National Mortgage Association
Main Office
c/o Rosicki, Rosicki & Associates, P.C.
51 East Bethpage Road
Plainview, NY 11803-4224

Fifth Third Bank
Law Offices Of Daniel C. Consuegra
c/o Daniel C Consuegra
9204 King Palm Drive
Tampa, FL 33619-8331

Adams Co Drs
111 Baltimore St
Gettysburg, PA 17325-2367

American Express
American Express Special
Po Box 981540
El Paso, TX 79998-1540

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Express
Special Research
Po Box 981540
El Paso, TX 79998-1540

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Bank Of America
Attention: Recovery Depart
4161 Peidmont Pkwy.
Greensboro, NC 27410-8110

Bank Of America
Po Box 982238
El Paso, TX 79998-2238

Bank Of America, N.a.
4161 Piedmont Pkwy
Greensboro, NC 27410-8119

Bank Of America, N.a.
450 American St
Simi Valley, CA 93065-6285

Bank of America
P.O. Box 650070
Dallas, TX 75265-0070

Bank of America
PO Box 982234
El Paso, TX 79998-2234

Bank of America
PO Box 982235
El Paso, TX 79998-2235

Bank of America, N.A.
Bankruptcy Department
P.O. Box 26012, NC4-105-02-99
Greensboro, NC 27420-6012

Bank of America, N.A.
P.O. Box 660933
Dallas, TX 75266-0933
 Attn: Bankruptcy Department

Bank of America, N.A.,
P.O. Box 660933
Dallas, TX 75266-0933

Bank of America, N.A., Successor By merger
to BAC Home Loans Servicing, LP FKA
Countrywide Home Loans Servicing LP
Bkptcy Dpt: Mail Stop CA6-919-01-23,
400 National Way, Simi Valley, CA 93065

Bob Caldwell Realty Services
801 W. SR 436 Suite 2225
Altamonte Springs, FL 32714-3053

Central FL Pathology Assoc.
P.O. Box 140987
Orlando, FL 32814-0987

Chase
PO Box 15153
Wilmington, DE 19886-5153

Chase
Po Box 15298
Wilmington, DE 19850-5298

Citibank Usa
Citicorp Credit Services
Po Box 20363
Kansas City, MO 64195-0363

County of Adams
123 Baltimore Street
Gettysburg PA 17325-2399

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Discover Fin
Attention:  Bankruptcy Dept
Po Box 3025
New Albany, OH 43054-3025

FIA Card Services NA as successor in interes
Bank of America NA (USA) and MBNA
America Bank NA
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

FIA Card Services, N.A. as successor to
Bank of America, N.A. (USA)
and MBNA America Bank, N.A.
PO Box 15102
Wilmington, DE 19886-5102

FL Emergency Phys
PO Box 1070
Dept 4131
Charlotte, NC 28201-1070

FPMG
dba Orlando Neurosurgery
1605 West Fairbanks Avenue
Winter Park, FL 32789-4603

Fairwinds Credit Union
3087 N. Alafaya Trail
Orlando, FL 32826-3205

Fairwinds Credit Union
PO Box 31112
Tampa FL 33631-3112

Federal National Mortgage Association
PO Box 4128
Beaverton, OR 097076-4128

Fifth Third Bank
10401 Curry Ford Road
Orlando, FL 32825-2730

Fifth Third Bank
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243-4652

Fifth Third Bank
Bankruptcy Department
1830 East Paris Ave.
Grand Rapids, MI 49546-6253

Fifth Third Bank
Fifth Third Bank Bankruptcy Department,
1830 East Paris Ave.
Grand Rapids, MI 49546-6253

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Hospital
PO Box 538800
Orlando, FL 32853-8800

Florida Hospital
Patient Financial Services
P.O. Box 538800
Orlando, FL 32853-8800

Florida Hospital Medical
P.O. Box 538600
Orlando, FL 32853-8600

Harbour bend Owners Assn Inc
2941 W. SR 434 Suite 100
Longwood, FL 32779-4415

Home Depot
Processing Center
Des Moines, IA 50364-0001

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

JLR Anesthesia
P.O. Box 948075
Maitland, FL 32794-8075

Lowes
P.O. Box 530914
Atlanta, GA 30353-0914

Lowes / MBGA / GEMB
Attention:  Bankruptcy Deprt.
Po Box 103104
Roswell, GA 30076-9104

Orange County Tax Collector
Attn:  Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Seminole Hard Rock Casino
5223 N. Orange Orient Road
Tampa, FL 33610

Terence Gary
c/o Cameron, Hodges, Coleman
Lapointe, Wright PA
111 N Magnolia Ave Ste 1350
Orlando, FL 32801-2378

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

Robert B. Branson +
Law Office of Robert B. Branson PA
1501 E. Concord Street
Orlando, FL 32803-5411

United States Trustee - ORL7/13 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2217

Becket & Lee LLP +
Alane Ann Becket
16 General Warren Blvd.
P. O. Box 3001
Malvern, PA 19355-0701

Taji S. Foreman +
Law Offices of Elizabeth R Wellborn PA
350 Jim Moran Blvd., Ste 100
Deerfield Beach, FL 33442-1721

Elizabeth McCausland +
Liz McCausland, P.A.
545 Delaney Ave
Suite 7
Orlando, FL 32801-3866

Tennille M Shipwash +
Greenspoon Marder PA
100 West Cypress Creek Road
Fort Lauderdale, FL 33309-2181

Elizabeth McCausland +
Liz McCausland, PA
545 Delaney Avenue
Suite 7
Orlando, FL 32801-3866

Allison D Thompson +
Law Offices of Daniel C Consuegra PL
9204 King Palm Drive
Tampa, FL 33619-8331

Stephen Joseph Modric +
Butler & Hosch, P.A.
3185 S. Conway Road, Suite E
Orlando, FL 32812-7349

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover
P.O. Box 30943
Salt Lake City, UT 84130

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

End of Label Matrix
Mailable recipients    68
Bypassed recipients     0
Total                  68