UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
PETER FARAHANI CHEGINI
NAHID MOGHADDAM CHEGINI,
    Debtor.
_____/

Case No: 6:12-bk-6520-ABB
Chapter 13

**AGREED ORDER GRANTING DEBTOR'S VERIFIED
MOTION TO VALUE CLAIM OF BANK OF AMERICA, N.A.**
(372 Fairgreen Place)

THIS CASE came before the Court to consider the Debtors' Verified Motion to Value Claim of Bank of America, NA (Doc. 23), and Secured Creditor's Preliminary Response to Debtor's Motion to Value Claim of Bank of America, NA (Doc. 34). After reviewing the pleadings and considering the positions of interested parties, and being advised of the Agreement of the parties, it is

    **ORDERED**:

    1.    The Debtors' Verified Motion to Value Claim of Bank of America, NA, is hereby GRANTED.

    2.    Bank of America, NA holds a secured claim (Claim 15) which liens the following owned by Debtor:

    **LEG LOT 3 DEER RUN UNIT 10 PB 28 PGS 52 & 53
    Location: 372 Fairgreen Place, Casselberry, Florida 32707**

    3.    Bank of America, NA is determined to have a secured claim in the amount of $138,000.00, with the balance of the claim being treated as an unsecured claim. The secured claim shall be payable in 360 equal monthly payments of principal and interest at 5.25% in the amount of $762.04 plus escrow for taxes and insurance.

4.      In the event this Chapter 13 Bankruptcy is dismissed or a subsequently converted to a Chapter 7 Bankruptcy, Bank of America, NA will retain all of its rights under the Mortgage, Promissory Note and State law as though no bankruptcy had ever been filed.

DONE and ORDERED in Orlando, Florida, this 3rd day of June, 2013

_____
ARTHUR B. BRISKMAN
U.S. Bankruptcy Judge

**Agreed to:**

 /s/ Robert B. Branson            
Robert B. Branson, Esquire
Florida Bar Number: 800988
Law Office of Robert B. Branson
1501 East Concord Street
Orlando, FL  32803
(407) 894-6834
Attorney for Debtor

/s/ Tennille M. Shipwash      
Tennille M. Shipwash, Esquire
Florida Bar Number: 617431
Greenspoon Marder, PA
Trade Centre South, Suite 700
100 West Cypress creek Road
Fort Lauderdale, Florida 33309
(954) 343-6273
Attorney for Creditor

Attorney for Debtor(s) is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.